IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION-
CASE NO.

**ESTHER FETTMAN, on behalf of herself
and all others similarly situated,**

       **Plaintiff,**

   v.

**MIDLAND CREDIT MANAGEMENT,
INC., and ENCORE CAPITAL GROUP,
INC.,**

       **Defendants.**
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendants Midland Credit Management, Inc. and Encore Capital Group Inc. ("Defendants") hereby remove the above-captioned matter to the United States District Court for the Southern District of Florida, Miami Division, from the Circuit Court of the Eleventh Judicial Circuit In and For Miami-Dade County, Florida and in support thereof aver as follows:

1.    Midland Credit Management, Inc. and Encore Capital Group, Inc. are Defendants in a civil action originally filed on or about July 19, 2022, in the County Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, titled *Esther Fettman, on behalf of herself and all other similarly situated consumers, v. Midland Credit Management, Inc and Encore Capital Group, Inc.* and docketed to Case No. 2022-013347-CA-01.

2.    This removal is timely under 28 U.S.C. § 1446(b) as Defendants received service of process on July 29, 2022.

1

3. Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by Defendants in the state court action.

5. The United States District Court for the Southern District of Florida, Miami Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendants alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

6. On this date, Defendants provided notice of this Removal to counsel for Plaintiff and to the County Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida.

WHEREFORE, Defendants respectfully remove this case to the United States District Court for the Southern District of Florida, Miami Division.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
JOSEPH E. ENDICOTT, ESQUIRE
FL Bar No. 1031915
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
jendicott@messerstrickler.com
*Counsel for Defendants*

Dated: August 18, 2022

## CERTIFICATE OF SERVICE

I certify that on August 18, 2022, a true copy of the foregoing document was served on all counsel of record by electronic service.

**MESSER STRICKLER BURNETTE, LTD.**

By: /s/ Lauren M. Burnette
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
JOSEPH E. ENDICOTT, ESQUIRE
FL Bar No. 1031915
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
jendicott@messerstrickler.com
*Counsel for Defendants*

Dated: August 18, 2022